

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                          |   |                          |
|--------------------------|---|--------------------------|
|                          | § |                          |
| JUAN ARELLANO,           | § | No. 08-18-00097-CR       |
| Appellant,               | § | Appeal from the          |
| v.                       | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS,      | § | of El Paso County, Texas |
| State.                   | § | (TC# 20150D05071)        |
|                          | § |                          |

# O R D E R

On August 8, 2018, Fernando Chacon, Appellant's appointed attorney, filed a motion to withdraw as counsel. The motion to withdraw is GRANTED. The trial court is ordered to appoint new counsel to represent Appellant on appeal. The trial court shall forward its order of appointment to the District Clerk of El Paso County, Texas, on or before August 28, 2018. The District Clerk shall prepare and forward a supplemental clerk's record containing the appointment and forward the same to this Court on or before September 7, 2018. The reporter's record shall be due thirty days from the date the supplemental clerk's record is filed.

IT IS SO ORDERED this 8th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.